Ida M. Coye, executrix of the estate of Charles A. Coye, appellee, v. R. T. White, appellant. Gen. No. 30,779.

Assumpsit upon promissory note. Judgment for plaintiff. Appeal

from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Eastman, White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.